JASON H. WILSON (SBN 140269)
CARLOS A. SINGER (SBN 236284)
WILLENKEN WILSON LOH & LIEB, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Tel: (213) 955-9240
Fax: (213) 955-9250
jwilson@willenken.com
csinger@willenken.com

Attorneys for Plaintiff
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOIS J. MOORE, BETTY BANKS, PAMELA MOORE, and CRYSTAL MOORE,<br><br>Defendants. | Case No. 2:10-CV-07257-CAS-SS<br><br>**JUDGMENT AGAINST DEFENDANT PAMELA MOORE**<br><br>**Judge:**   Hon. Christina A. Snyder |

**IT IS HEREBY ORDERED THAT**:

1. On Prudential Insurance Company of America, Inc.'s complaint in interpleader, judgment is entered in favor of Defendant Betty Banks and against Defendant Pamela Moore. Pamela Moore has not appeared in this action and has not responded to the complaint within the time prescribed by law. On March 22, 2011, default was entered against her by the Clerk of the Court, and this Order constitutes the Court's default judgment against her. The Court has received no indication that Pamela Moore is either a minor or in military service.

2. Pamela Moore is to take nothing under the group life insurance policy issued by Prudential to the City of Los Angeles, bearing Group Policy NO. G-74053 ("Group Contract"), and/or any benefit due under the Group Policy as a consequence of the death of Benjamin Moore ("Insured"), and shall further be, and hereby is dismissed with prejudice from the above-captioned action.

3. Prudential shall be, and hereby is, discharged from any and all liability to Defendant Pamela Moore arising from and related to the Group Contract.

4. Defendant Pamela Moore shall be, and hereby is, permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, against Prudential, arising out of or related to the Group Contract and/or the death benefit.

5. This constitutes the Court's final judgment in this matter as to Defendant Pamela Moore.

**IT IS SO ADJUDICATED**.

DATED: August 19, 2011

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28