1 | DAVID T. EGLI, SBN #93776
2 | Attorney at Law
3 | 6942 Ed Perkic ST, Ste. A
  | Riverside, CA 92504
4 | (951) 710-3536
  | Fax: (951) 277-9803
5 | daveegli@aol.com

____ Priority
____ Send
____ Clsd
____ Enter
__X_ JS-5/JS-6
____ JS-2/JS-3

[Stamp: CLERK, U.S. DISTRICT COURT, JUN 18 2012, CENTRAL DISTRICT OF CALIFORNIA, BY 8 DEPUTY]

6 | Attorney for Defendants
7 | LOIS J. MOORE and
  | CRYSTAL MOORE

UNITED STATE DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE ) Case No. 2:10-cv-07257-CAS-SS
COMPANY OF AMERICA,     )
                        ) JUDGMENT
         Plaintiff,     )
                        )
    v.                  )
                        )
LOIS J. MOORE, BETTY BANKS, )
PAMELA MOORE and CRYSTAL ) Judge: Hon. Christina A. Snyder
MOORE,                  )
                        )
         Defendants.    )

PURSUANT TO STIPULATION between Defendants BETTY BANKS, LOIS J. MOORE AND CRYSTAL MOORE in this matter,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The sum of Twenty Thousand Dollars ($20,000) of the life insurance death benefits deposited by Plaintiff Prudential Insurance Company of America shall be paid to Defendant BETTY BANKS.

2. The balance of the life insurance death benefits deposited by Plaintiff Prudential Insurance Company of America shall be paid to Defendants LOIS J. MOORE and CRYSTAL MOORE.

3. Each party shall bear their own costs and attorney fees.

Dated: 6/18/12

_____
Christina A. Snyder
United States District Judge