DAVID T. EGLI, SBN #93776
Attorney at Law
6942 Ed Perkie ST, Ste. A
Riverside, CA 92504
(951) 710-3536
Fax: (951) 277-9803
daveegli@aol.com

____ Priority
____ Send
____ Clsd
____ Enter
__X__ JS-5/JS-6
____ JS-2/JS-3

Attorney for Defendants
LOIS J. MOORE and
CRYSTAL MOORE

UNITED STATE DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

LOIS J. MOORE, BETTY BANKS, PAMELA MOORE and CRYSTAL MOORE,

    Defendants.

Case No. 2:10-cv-07257-CAS-SS

JUDGMENT

Judge: Hon. Christina A. Snyder

PURSUANT TO STIPULATION between Defendants BETTY BANKS, LOIS J. MOORE AND CRYSTAL MOORE in this matter,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The sum of Twenty Thousand Dollars ($20,000) of the life insurance death benefits deposited by Plaintiff Prudential Insurance Company of America shall be paid to Defendant BETTY BANKS.

2. The balance of the life insurance death benefits deposited by Plaintiff Prudential Insurance Company of America shall be paid to Defendants LOIS J. MOORE and CRYSTAL MOORE.

3. Each party shall bear their own costs and attorney fees.

Dated: 6/18/12

_____
Christina A. Snyder
United States District Judge

- 1 -